SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No.**2:11-cv-01196-KJM-JFM** |
|       Plaintiff, | ) **PROPOSED ORDER RE: STIPULATED** )  **DISMISSAL** |
|   vs. | ) |
| Hunting Square Limited, L.P., | ) |
|       Defendant | ) |
| | ) |
| | ) |

        IT IS HEREBY ORDERED THAT this action be and is hereby

dismissed With Prejudice pursuant to FRCP 41 (a)(2).

**Date:   10/6/2011**

_____
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-01196-KJM-JFM- 1